AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Megan Curran)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>LORENZO AGUIRRE-MIRON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 18-1679 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 9, 2017   in the county of   Montgomery   in the   Eastern   District of   Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit, which is incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Hartman, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  10-22-18

_____
*Judge's signature*

City and state:    Philadelphia, PA            Honorable Thomas J. Rueter
*Printed name and title*

## AFFIDAVIT OF PROBABLE CAUSE

Your Affiant, Joseph Hartman, a Special Agent with the United States Department of Homeland Security, being duly sworn, deposes and states as follows:

1.  I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Titles 8, 18, 19, 21, 31 United States Code and other related offenses. I am currently employed as a Special Agent with U.S. Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the Office of the Special Agent in Charge in Philadelphia, PA. I have been employed as a law enforcement officer since 1998 and have been employed with the HSI and its predecessor, the United States Customs Service, as a Special Agent since 2002. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants, a number of which involved child exploitation and/or child pornography offenses.

2.  As defined in Title 18, United States Code, Section 2510(7), I am authorized to conduct investigations and execute warrants for violations of United States law.

3.  The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being

submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, LORENZO AGUIRRE-MIRON, committed violations of 18 U.S.C. § 2251, which makes it a crime to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, or attempts to do so.

## LEGAL AUTHORITY

4. Title 18 U.S.C. § 2251(a) and (e) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or attempting to do so.

## INVESTIGATIVE RESULTS

5. On January 30, 2018, NCMEC received information from Google, Cyber tip line Report #27306712, that on or about August 19, 2016 to on or about January 29, 2018, LorenzoAguirre948@gmail.com uploaded approximately 119 files containing child pornography. The image files showed prepubescent girls in their underwear or naked, and performing sexual acts. One image named "1511561618606-1864285426.png" showed a naked girl approximately 7-8 years old, with her legs spread while laying on her back. The camera is focused on her genitals while she uses her hand to spread open her vagina.

6. On February 9, 2018, NCMEC received information from Google, Cyber tip line Report #276484478, that on or about February 9, 2018, LorenzoAguirre948@gmail.com uploaded approximately 3 files containing child pornography. The image files showed prepubescent girls

naked and performing sexual acts. One image named "1512081763102-324237586.png" showed a naked girl approximately 4-5 years old wearing only black stockings. The girl is laying on her back with her legs spread, while a naked adult male stands over her with his penis in her left hand.

7. IP records for the email account, LorenzoAguirre948@gmail.com, showed consistent login from IP addresses registered to Comcast and Comcast Business.

8. On February 28, 2018, in response to an Administrative Subpoena, Comcast provided records pertaining to the IP addresses. Comcast records pertaining to two of the listed IP addresses were registered to a home located in Norristown, PA (hereinafter referred to as "Premises A"). Comcast records pertaining to a third IP address showed it to be registered to a business located in King of Prussia, PA (herein after referred to as "Business A"), known to your affiant but omitted here to protect the ongoing investigation.

9. On April 4, 2018, in response to an Administrative Subpoena for subscriber information for email account LorenzoAguirre948@gmail.com, Google responded that the account was registered to "Lorenzo Aguirre," created on November 2, 2014.

10. Google records confirm that email account, LorenzoAguirre948@gmail.com, was registered from a Samsung G-900 cell phone with IMEI number 353415067360530. Records provided by T-Mobile show a corresponding IMEI number of 353415067360530. However, T-Mobile was unable to provide any information related to the IP addresses registered to T-Mobile. The phone is prepaid with no subscriber information.

11. Google records also indicated that the account had been accessed from additional IP addresses which were assigned to Comcast.

12. On May 17, 2018, in response to an additional administrative subpoena, Comcast provided records pertaining to those IP addresses which were revealed to also be registered to Premises A.

13. Google records for the email LorenzoAguirre948@gmail.com also confirmed that the account was accessed from the same IP addresses assigned to Premises A as well as the IP addresses assigned to Business A.

14. On August 9, 2018, your affiant spoke with an employee of Business A and was informed that a cleaning services company provides cleaning services for Business A. Your affiant was also informed that Business A is normally closed by 5 p.m. and those providing the cleaning services are in the location after hours. LorenzoAguirre948@gmail.com was accessed from within Business A on multiple dates between the hours of 7 p.m. and 11 p.m.

15. Your affiant interviewed a representative from the cleaning services company which provided a list of employees who had access to Business A. Through these records it was confirmed that an employee of the cleaning services company is named LORENZO AGUIRRE-MIRON and he had access to Business A during the relevant time period.

16. Employment records from the cleaning services company for LORENZO AGUIRRE-MIRON show a Social Security number of XXX-XX-8164 and confirm he has been employed with the cleaning services company since 2014.

17. A search of Pennsylvania Division of Motor Vehicles records revealed a Driver's License for LORENZO AGUIRRE-MIRON with a residence of Premises A.

18. Law enforcement databases indicate that AGUIRRE-MIRON has a criminal history for driving without a license (FBI# 876764RC8). An arrest photo from that arrest was compared to

photos observed in the Google account of LorenzoAguirre948@gmail.com. The photographs appear to depict the same person.

19. On October 3, 2018, warrant number 18-1556-M was signed in the Eastern District of Pennsylvania and served on Google. On October 8, 2018, Google responded and a review of the return from Google has shown that the user of the Google accounts is receiving and uploading large amounts of child pornography, that is, prepubescent girls in their underwear or naked performing sexual acts. Further examination of the images has also shown that LORENZO AGUIRRE-MIRON produced at least two videos and one image that depict his sexual abuse of a minor Hispanic female who appears to be approximately 7/8 years old:

    a. An image titled 20170909_17552.jpg, dated September 9, 2017, appears to have been taken by an adult male as he stood in front of a minor Hispanic female, who can be seen looking up at the camera as she performs oral sex on the adult male, who is wearing distinctive bright green shorts. In another photo found in AGUIRRE-MIRON's Google drive, AGUIRRE-MIRON is seen sitting on a bed and wearing those same bright green shorts. According to EXIF data on the image, the image appears to be taken from a Samsung G-900 cell phone. As discussed above, email account LorenzoAguirre948@gmail.com, was registered from a Samsung G-900 cell phone.

    b. A video titled 139851069.mp4 is forty-five seconds in length and appears to have been created on January 14, 2018. This video begins with the same minor female laying on a bed fully clothed and posing in a sexual manner. The hand of an adult male is seen reaching in and pulling the minor female's shorts aside exposing her vagina.

    c.        A video titled 960243563.mp4 is twenty-two seconds in length and appears to have been created on January 20, 2018. This video begins with the same minor female laying on the floor a wearing a night gown with her legs spread exposing her underwear. The hand of an adult male then pulls her underwear to the side exposing her vagina and uses his fingers to spread her vagina open. The profile of a man appearing to be AGUIRRE-MIRON is then seen attempting to perform oral sex on the girl. As he starts to perform the act, she says no and pulls her underwear back into place.

20.    On October 15, 2018, your affiant conducted surveillance of Premises A, during which he observed what appeared to be the minor Hispanic female from the videos, entering Premises A.

21.    AGUIRRE-MIRON had not been observed during surveillance at Premises A, however, several of the videos and photos reviewed from the Google return appear to have been taken inside of that address.

22.    On October 19, 2018, warrant number 18-1662-M was signed in the Eastern District of Pennsylvania, for information related to phone number (484) 848-4121, assigned to T-Mobile and used by LORENZO AGUIRRE-MIRON. Pursuant to this warrant, T-Mobile provided information to law enforcement that indicated that LORENZO AGUIRRE-MIRON was believed to be located inside of Premises A.

23.    Agents immediately responded to Premises A and upon arrival observed the minor female from the videos and image exit Premises A. Agents spoke with the mother of the child and confirmed she is seven years of age and resides at Premises A.

24.    Based on the information described above, your Affiant knocked on the door of Premises A and was given permission to enter. Upon entering the home, LORENZO AGUIRRE-MIRON

was observed and taken into custody based on probable cause that he had produced child pornography in violation of 18 U.S.C. § 2251(a). AGUIRRE-MIRON was transported to Norristown Police Department.

25. While at the Norristown Police Department, AGUIRRE-MIRON was read his Miranda Rights and agreed to answer Agents questions. AGUIRRE-MIRON admitted the following:

    a. He had been residing at Premises A as he is in a relationship with a woman who resides in the home. That woman is the grandmother of the female child observed in the videos.

    b. AGUIRRE-MIRON provided cleaning services within Business A.

    c. AGUIRRE-MIRON confirmed the female child observed at the home is the female child in the image from September 9, 2017 as well as in the two videos.

    d. AGUIRRE-MIRON produced three sexually explicit photographs and videos of the female child within the last year. He confirmed his presence in the video stills as shown by the agent. He confirmed his presence in each of the above described videos and image, as described in the above paragraphs. He confirmed these videos were taken within Premises A using his Samsung G-900 cell phone.

## CONCLUSION

26. Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause to believe that LORENZO AGUIRRE-MIRON has committed a violation of Title 18 U.S.C. § 2251(a) (Production of Pornography).

27. Therefore, I respectfully request that the attached warrant be issued authorizing the arrest.

Respectfully submitted,

Joseph Hartman
Special Agent, HSI

Subscribed and sworn before me
this 22nd day of October 2018.

HONORABLE THOMAS J. RUETER
United States Magistrate Judge

## ATTACHMENT A

### Count One- Production of Child Pornography – 18 U.S.C. Section 2251(a)

On or about September 9, 2017, in the Eastern District of Pennsylvania, defendant LORENZO AGUIRRE-MIRON did knowingly employ, use, persuade, induce, entice, or coerce Minor #1, a child under the age of 10 years, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate and foreign commerce by any means, including by computer.